UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. A. LIZARRAGA,<br><br>　　　　Respondent. | Case No.   1:19-cv-00841-DAD-HBK<br><br>ORDER DISMISSING AS MOOT PETITIONER'S MOTION TO EXPEDITE JUDGMENT<br><br>(Doc. No. 20)<br><br>ORDER DIRECTING CLERK OF COURT TO PROVIDE PETITIONER WITH COPY OF FINAL ORDER AND JUDGMENT |

　　　　Petitioner Steve Wilhelm is a state prisoner who proceeded *pro se* on his petition for writ of habeas corpus under 28 U.S.C. § 2254.  (Doc. No. 4).  On March 10, 2020, the former magistrate judge assigned to this case issued findings and recommendations to dismiss the petition for lack of jurisdiction.  (Doc. No. 15).  On April 2, 2020, the district judge assigned to this case adopted the findings and recommendations and entered judgment against the petitioner, closing the case.  (Doc. Nos. 17, 18).  The docket reflects the April 2, 2020 Order and Judgment were mailed to petitioner.  The documents were not returned to the clerk as undeliverable.  On March 3, 2021, petitioner filed a notice of change of address and the instant motion to expedite judgment.  (Doc. Nos. 19, 20).

　　　　Petitioner states that he has been waiting over a year and a half for a judgment in this case and seeks this court to expedite the judgment.  (Doc. No. 20 at 2).  This court issued the final

judgment denying petitioner relief over a year ago.  (Doc. Nos. 17, 18).  Therefore, the court will dismiss petitioner's motion as moot but direct the clerk of court to provide petitioner with a duplicate copy of the final order and judgment in this case as a courtesy.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to expedite judgment (Doc. No. 20) is **DISMISSED** as moot.
2. The clerk of court is directed to send petitioner a duplicate copy of this court's final order and judgment.  (Doc. Nos. 17, 18).

IT IS SO ORDERED.

Dated:    March 25, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE